UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>LESTI REAL ESTATE, INC.,<br><br>   Defendant. | Case No. 21-cv-09554-SI<br><br>**JUDGMENT** |

  The Court has dismissed the complaint without leave to amend as to plaintiff's ADA claims, and without prejudice as to plaintiff's Unruh Act claims. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 16, 2022

_____
SUSAN ILLSTON
United States District Judge